# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

No. 26-1195          **Short Title:** American Association of University Professors, et al. v. Marco Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

American Association of University Professors (continued on separate sheet)          as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| /s/ Jameel Jaffer | 3/4/2026 |
| Signature | Date |
| Jameel Jaffer | |
| Name | |
| Knight First Amendment Institute at Columbia University | (646) 745-8500 |
| Firm Name (if applicable) | Telephone Number |
| 475 Riverside Drive, Suite 302 | |
| Address | Fax Number |
| New York, NY 10115 | jameel.jaffer@knightcolumbia.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1218690

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1658 (Mandamus petition filed 7/10/25, denied on 7/18/25); 26-1141 (Appeal docketed 2/19/26)

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset

## LIST OF NAMES OF ALL PARTIES REPRESENTED (CONTINUED)

### PLAINTIFFS

American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association, and Rutgers American Association of University Professors-American Federation of Teachers.