# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1195     **Short Title:** American Association of University Professors, et al. v. Marco Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Association of University Professors (continued on separate sheet) _____ as the

[✔] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Stephany Kim
Signature

3/4/2026
Date

Stephany Kim
Name

Knight First Amendment Institute at Columbia University
Firm Name (if applicable)

(646) 745-8500
Telephone Number

475 Riverside Drive, Suite 302
Address

Fax Number

New York, NY 10115
City, State, Zip Code

stephany.kim@knightcolumbia.org
Email (required)

Court of Appeals Bar Number: 1218750

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes     Court of Appeals No. 25-1658 (Mandamus petition filed 7/10/25, denied on 7/18/25); 26-1141 (Appeal docketed 2/19/26)

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print     Reset

# LIST OF NAMES OF ALL PARTIES REPRESENTED (CONTINUED)

## PLAINTIFFS

American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association, and Rutgers American Association of University Professors-American Federation of Teachers.