# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1195          **Short Title:** American Association of University Professors, et al. v. Marco Rubio, et al.

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☑ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from January 22, 2026
   2. Date this notice of appeal filed February 24, 2026
     If cross appeal, date first notice of appeal filed February 9, 2026
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)
   4. Date of entry of order deciding above post-judgment motion
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
     Time extended to

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  ☑ Yes  ☐ No
   2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  ☐ Yes  ☐ No
       If yes, explain
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  ☐ Yes  ☐ No
       If yes, explain

C. Has this case previously been appealed?  ☑ Yes  ☐ No
   If yes, give the case name, docket number and disposition of each prior appeal
   AAUP v. Rubio, No. 25-1658 (Mandamus petition filed 7/10/25, denied on 7/18/25); AAUP v. Rubio, No. 26-1141 (Appeal docketed 2/19/26)

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  ☐ Yes  ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?  ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal?  ☑ Yes  ☐ No
   If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F. List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Marco Rubio, in his official capacity as Secretary of State
      Attorney Ethan Kanter, U.S. Department of Justice, Office of Immigration Litigation
      Address P.O. Box 878, Ben Franklin Station, Washington, DC 20044
      Telephone 202-616-9123

   2. Adverse party Department of State
      Attorney Ethan Kanter, U.S. Department of Justice, Office of Immigration Litigation
      Address P.O. Box 878, Ben Franklin Station, Washington, DC 20044
      Telephone 202-616-9123

   3. Adverse party Kristi Noem, in her official capacity as Secretary of Homeland Security
      Attorney Ethan B. Kanter, U.S. Department of Justice, Office of Immigration Litigation
      Address P.O. Box 878, Ben Franklin Station, Washington, DC 20044
      Telephone (202) 616-9123

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name American Association of University Professors
      Address 475 Riverside Drive, Suite 302, New York, NY 10115
      Telephone (646) 745-8500

      Attorney's name Ramya Krishnan
      Firm Knight First Amendment Institute at Columbia University
      Address 475 Riverside Drive, Suite 302, New York, NY 10115
      Telephone (646) 745-8500

   2. Appellant's name American Association of University Professors-Harvard Faculty Chapter
      Address 475 Riverside Drive, Suite 302, New York, NY 10115
      Telephone (646) 745-8500

      Attorney's name Ramya Krishnan
      Firm Knight First Amendment Institute at Columbia University
      Address 475 Riverside Drive, Suite 302, New York, NY 10115
      Telephone (646) 745-8500

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Ramya Krishnan

Date  March 10, 2026

**Print**    **Reset**

# Appellants' Docketing Statement Addendum

## AAUP v. Rubio, No. 26-1195

**F. Continued**

4. <u>Adverse party:</u> Department of Homeland Security

   <u>Attorney:</u> Ethan B. Kanter, U.S. Department of Justice, Office of

   Immigration Litigation

   <u>Address:</u> P.O. Box 878, Ben Franklin Station, Washington, DC 20044

   <u>Telephone:</u> (202) 616-9123

5. <u>Adverse party:</u> Todd Lyons, in his official capacity as Acting Director of

   U.S. Immigration and Customs Enforcement

   <u>Attorney:</u> Ethan B. Kanter, U.S. Department of Justice, Office of

   Immigration Litigation

   <u>Address:</u> P.O. Box 878, Ben Franklin Station, Washington, DC 20044

   <u>Telephone:</u> (202) 616-9123

6. <u>Adverse party:</u> Donald J. Trump, in his official capacity as President of the

   United States

   <u>Attorney:</u> Ethan B. Kanter, U.S. Department of Justice, Office of

   Immigration Litigation

   <u>Address:</u> P.O. Box 878, Ben Franklin Station, Washington, DC 20044

   <u>Telephone:</u> (202) 616-9123

7. <u>Adverse party:</u> United States of America

   <u>Attorney:</u> Ethan B. Kanter, U.S. Department of Justice, Office of

Immigration Litigation

<u>Address:</u> P.O. Box 878, Ben Franklin Station, Washington, DC 20044

<u>Telephone:</u> (202) 616-9123


Additional counsel of record representing Appellees before the District Court:

<u>Attorney's name:</u> Paul F. Stone

<u>Firm:</u> U.S. Department of Justice, Office of Immigration Litigation

<u>Address:</u> P.O. Box 878, Ben Franklin Station, Washington, DC 20044

<u>Telephone:</u> (202) 405-9647


<u>Attorney's name:</u> Lindsay M. Murphy

<u>Firm:</u> U.S. Department of Justice, Office of Immigration Litigation

<u>Address:</u> P.O. Box 878, Ben Franklin Station, Washington, DC 20044

<u>Telephone:</u> (202) 616-4018


<u>Attorney's name:</u> Victoria Santora

<u>Firm:</u> U.S. Department of Justice, Office of Immigration Litigation

<u>Address:</u> P.O. Box 878, Ben Franklin Station, Washington, DC 20044

<u>Telephone:</u> (202) 532-5561

Attorney's name: Jessica Strokus

Firm: U.S. Department of Justice, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044

Telephone: (202) 616-8779


Attorney's name: Nancy Safavi

Firm: U.S. Department of Justice, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044

Telephone: (202) 514-9875


## G. Continued

3. Appellant's name: American Association of University Professors at New York University

   Attorney's name: Ramya Krishnan

   Firm: Knight First Amendment Institute at Columbia University

   Address: 475 Riverside Drive, Suite 302, New York, NY 10115

   Telephone: (646) 745-8500

4. Appellant's name: Middle East Studies Association

   Attorney's name: Ramya Krishnan

   Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: (646) 745-8500

5. Appellant's name: Rutgers American Association of University Professors-American Federation of Teachers

Attorney's name: Ramya Krishnan

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: (646) 745-8500


Additional counsel of record representing Appellants before the District Court:

Attorney's name: Alexander Abdo

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: 646-745-8500


Attorney's name: Jameel Jaffer

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: 646-745-8500

Attorney's name: Caroline DeCell

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: 646-745-8500


Attorney's name: Xiangnong Wang

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: 646-745-8500


Attorney's name: Scott B. Wilkens

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: 646-745-8500


Attorney's name: Stephany Kim

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: 646-745-8500

Attorney's name: Raya Koreh

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Telephone: 646-745-8500


Attorney's name: Michael Tremonte

Firm: Sher Tremonte LLP

Address: 90 Broad Street, 23rd Floor, New York, NY 10004

Telephone: 212-202-2603


Attorney's name: Alexandra Conlon

Firm: Sher Tremonte LLP

Address: 90 Broad Street, 23rd Floor, New York, NY 10004

Telephone: 212-202-2600


Attorney's name: Noam Biale

Firm: Sher Tremonte LLP

Address: 90 Broad Street, 23rd Floor, New York, NY 10004

Telephone: 212-202-2600

Attorney's name: Courtney Gans

Firm: Sher Tremonte LLP

Address: 90 Broad Street, 23rd Floor, New York, NY 10004

Telephone: 212-540-0675


Attorney's name: David Jacob Zimmer

Firm: Zimmer, Citron & Clarke LLP

Address: 130 Bishop Allen Dr., Cambridge, MA 02139

Telephone: 617-676-9421


Attorney's name: Edwina Bullard Clarke

Firm: Zimmer, Citron & Clarke LLP

Address: 130 Bishop Allen Dr., Cambridge, MA 02139

Telephone: 518-637-1311


Attorney's name: Ahilan Arulanantham

Firm: American Civil Liberties Union of Southern California

Address: 1313 West 8th Street, Los Angeles, CA 90017

Telephone: 213-977-5211

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on March 10, 2026, I electronically filed the foregoing Docketing Statement in the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 10, 2026

/s/ Ramya Krishnan
Ramya Krishnan