# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name   American Association of University Professors, et al. v. Marco Rubio, et al.

District Court Case No.   1:25-cv-10685 (WGY)          District of  Massachusetts

Date Notice of Appeal filed   2/24/2026          Court of Appeals Case No.   26-1195

Form filed on behalf of   American Association of University Professors, et al. (Appellants)

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)   See attached Appellants' Transcript Report Addendum.

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                                     HEARING DATE(S)

- ☐ Jury Voir Dire _____
- ☐ Opening Statement (plaintiff) _____
- ☐ Opening Statement (defendant) _____
- ☐ Trial _____
- ☐ Closing Argument (plaintiff) _____
- ☐ Closing Argument (defendant) _____
- ☐ Findings of Fact/Conclusions of Law _____
- ☐ Jury Instructions _____
- ☐ Change of Plea _____
- ☐ Sentencing _____
- ☐ Bail hearing _____
- ☐ Pretrial proceedings (specify) _____ _____
- ☐ Testimony (specify ) _____ _____
- ☐ Other (specify) _____ _____

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
- ☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name   Ramya Krishnan                     Filer's Signature   /s/ Ramya Krishnan

Firm/Address   Knight First Amendment Institute at Columbia University          Filer's Email address   ramya.krishnan@knightcolumbia.org

Telephone number   (646) 745-8500                Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                          **SEE INSTRUCTIONS ON REVERSE**

| Print | Save As... | Reset |

# Appellants' Transcript Report Addendum

## AAUP v. Rubio, No. 26-1195

**List of Transcripts Already Filed in District Court:**

| Docket Entry | Date | Proceeding |
| --- | --- | --- |
| ECF 75 | 4/23/25 | Prelim. Injunction/Mot. to Dismiss Hearing |
| ECF 87 | 5/6/25 | Case Management Conference |
| ECF 102 | 5/22/25 | Status Conference |
| ECF 115 | 6/2/25 | Protective Order Motion Hearing |
| ECF 165 | 6/26/25 | Final Pretrial Conference |
| ECF 231 | 7/7/25 | Bench Trial Day 1, Volume I |
| ECF 232 | 7/7/25 | Bench Trial Day 1, Volume II |
| ECF 233 | 7/7/25 | Bench Trial Day 1, Volume III |
| ECF 234 | 7/8/25 | Bench Trial Day 2, Volume I |
| ECF 235 | 7/8/25 | Bench Trial Day 2, Volume II |
| ECF 236 | 7/9/25 | Bench Trial Day 3, Volume I |
| ECF 237 | 7/9/25 | Bench Trial Day 3, Volume II |
| ECF 238 | 7/10/25 | Bench Trial Day 4, Volume I |
| ECF 239 | 7/10/25 | Bench Trial Day 4, Volume II |
| ECF 240 | 7/11/25 | Bench Trial Day 5, Volume I |
| ECF 241 | 7/11/25 | Bench Trial Day 5, Volume II |
| ECF 242 | 7/14/25 | Bench Trial Day 6 |
| ECF 243 | 7/15/25 | Bench Trial Day 7, Volume I |

2

| ECF 244 | 7/15/25 | Bench Trial Day 7, Volume II |
| ECF 245 | 7/17/25 | Bench Trial Day 8 |
| ECF 246 | 7/18/25 | Bench Trial Day 9, Volume I |
| ECF 247 | 7/18/25 | Bench Trial Day 9, Volume II |
| ECF 248 | 7/21/25 | Bench Trial Closing Remarks |
| ECF 310 | 1/15/26 | Remedies Hearing |
| ECF 328 | 2/26/26 | Stay Motion Hearing |

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that on March 10, 2026, I electronically filed the foregoing Transcript Report in the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 10, 2026

/s/ Ramya Krishnan
Ramya Krishnan