AMERICAN ASSOCIATION OF UNIVERSITY
PROFESSORS, ET AL.,

       Plaintiffs–Appellees,

   v.

MARCO RUBIO, ET AL.,

       Defendants–Appellants.

Nos. 26-1141 &
26-1195

**PLAINTIFFS–APPELLEES' RESPONSE TO MOTION FOR A PARTIAL
STAY PENDING APPEAL**

Plaintiffs–Appellees do not oppose a partial stay pending appeal limited to the sanction remedy described in Part IV of the district court's annotated judgment, *see* Annotated Judgment, *Am. Ass'n of Univ. Professors v. Rubio*, No. 1:25-cv-10685 (D. Mass. Jan. 22, 2026), ECF No. 313 at 3–7. Plaintiffs–Appellees submit this response to clarify two points. First, in declining to oppose Defendants' stay of the sanction remedy, Plaintiffs–Appellees do not waive any argument as to the merits of a stay. Plaintiffs–Appellees communicated this position to Defendants prior to the filing of Defendants' motion. Second, contrary to Defendants' assertion, Defendants did not "request[ ] a stay of the declaration of rights and vacatur . . . to the extent they could be misinterpreted as coercive relief," First Cir. Stay Mot. at 6, in their motion for a stay before the district court. Counsel for Defendants made this request for the first time at the hearing on their partial stay motion. *See* First Cir. Stay Mot.

Ex. B. at 16:25–17:6. The district court appropriately rejected this belated attempt to expand the scope of Defendants' motion. *See* Memorandum and Order, *Am. Ass'n of Univ. Professors v. Rubio*, No. 1:25-cv-10685 (D. Mass. Mar. 11, 2026), ECF No. 330 at 8 n.9.

March 26, 2026

Edwina Clarke
David Zimmer
Zimmer, Citron & Clarke, LLP
130 Bishop Allen Drive
Cambridge, MA 02139
(617) 676-9423
edwina@zimmercitronclarke.com

Noam Biale
Michael Tremonte
Alexandra Conlon
Courtney Gans
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2603
mtremonte@shertremonte.com
nbiale@shertremonte.com

Respectfully submitted,

/s/ Ramya Krishnan
Ramya Krishnan
Xiangnong Wang
Stephany Kim
Raya Koreh
Carrie DeCell
Scott Wilkens
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

Ahilan T. Arulanantham
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
(310) 825-1029
arulanantham@law.ucla.edu

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that on March 26, 2026, I electronically filed the foregoing response in the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 26, 2026

/s/ Ramya Krishnan

Ramya Krishnan