OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

26-1195
notice
4/6/26

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 APR 17 A 10:37

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Yaman Salahi
Salahi PC
505 Montgomery St
San Francisco, CA 94111

BOSTON MA 020

6 APR 2026 PM

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 02210 $ 000.74
02 7W
0008036369 APR 06 2026

SCREENED USMS

NIXIE          957     DE 1          0004/13/26
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 0221030029 9     *1421-01286-06-41