# United States Court of Appeals
## For the First Circuit

No. 26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

### NOTICE

Issued: May 4, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Case Smith
Samuel David Thomas
David E. McCraw
Al-Amyn Sumar

The following attorneys will continue to receive notice in this case:

Alexander Abdo
Jonathan M. Albano

Ahilan T. Arulanantham
Tasha J. Bahal
Robert A. Bertsche
Noam Biale
Jonathan T. Burke
Jesse Lloyd Busen
Edwina Bullard Clarke
Joshua M. Daniels
Caroline DeCell
Joel Anderson Fleming
Courtney Gans
Abraham R. George
Harry Graver
Renee M. Griffin
Jameel Jaffer
Ethan B. Kanter
Stephany Kim
Raya Koreh
Ramya Krishnan
Donald Campbell Lockhart
Lauren Godles Milgroom
Benjamin Mark Moss
Lindsay M. Murphy
David Rassoul Rangaviz
Nancy Naseem Safavi
Victoria M. Santora
Paul F. Stone
Jessica Danielle Strokus
Michael Tremonte
Xiangnong Wang
Scott B. Wilkens
David Zimmer

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Alistair - (617) 748-4664

cc:
Alexander Abdo
Jonathan M. Albano
Ahilan T. Arulanantham
Tasha J. Bahal
Robert A. Bertsche
Noam Biale
Jonathan T. Burke
Jesse Lloyd Busen
Edwina Bullard Clarke
Joshua M. Daniels
Caroline DeCell
Joel Anderson Fleming
Courtney Gans
Abraham R. George
Harry Graver
Renee M. Griffin
Jameel Jaffer
Ethan B. Kanter
Stephany Kim
Raya Koreh
Ramya Krishnan
Donald Campbell Lockhart
David E. McCraw
Lauren Godles Milgroom
Benjamin Mark Moss
Lindsay M. Murphy
David Rassoul Rangaviz
Nancy Naseem Safavi
Victoria M. Santora
Case Smith
Paul F. Stone
Jessica Danielle Strokus
Al-Amyn Sumar
Samuel David Thomas
Michael Tremonte
Xiangnong Wang
Scott B. Wilkens
David Zimmer