# United States Court of Appeals
## For the First Circuit

Nos.   26-1141
       26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS- AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

---

**ORDER OF COURT**

Entered: July 2, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellants/cross-appellees Marco Rubio, U.S. Department of Homeland Security, Markwayne Mullin, Donald J. Trump, United States, U.S, Department of State, and David J. Venturella on June 17, 2026, are not in compliance with the following Federal Rules of Appellate Procedure and Local Rules of this court:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). ***The caption on the appellants/cross-appellees' brief and appendix does not match the caption used by this court.***

- **1st Cir. R. 25.0(b)(3), and 1st Cir. R. 28.0(b)**, requiring that the entire brief, cover to cover including the addendum, be filed as a single electronic document. ***The brief and addendum must be filed as a single PDF document. The brief must not be scanned, and it must be formatted for electronic filing by converting the original word processing document into Portable Document Format ("PDF"). Unlike the brief, the addendum may be scanned and***

***then combined with the native PDF brief to form a single electronic document.***

     Appellants/cross-appellees Marco Rubio, U.S. Department of Homeland Security, Markwayne Mullin, Donald J. Trump, United States, U.S, Department of State, and David J. Venturella are ordered to file a conforming brief and appendix by **July 9, 2026**. The corrected brief and one copy of the corrected appendix must be served on all parties to the cross-appeals, and the certificate(s) of service must be updated to include the new date of service. The due date for appellees/cross-appellants' principal and response brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 28.1.

     By the Court:

     Anastasia Dubrovsky, Clerk

cc:

Donald Campbell Lockhart, Jesse Lloyd Busen, Lindsay M. Murphy, Brett Allen Shumate, Abraham R. George, Benjamin Mark Moss, Paul F. Stone, Victoria M. Santora, Jessica Danielle Strokus, Nancy Naseem Safavi, Harry Graver, Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Courtney Gans, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Xiangnong Wang, Stephany Kim, Raya Koreh, Jonathan M. Albano, Robert A. Bertsche, Renee M. Griffin, K. L. Smith, Joshua M. Daniels, Tasha J. Bahal, Jonathan T. Burke, David Rassoul Rangaviz, Joel Anderson Fleming, Lauren Godles Milgroom